United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TANNAZ HEMMATI NEJAD FARAHANI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-803 |
| | § | |
| WARDEN, EL VALLE DETENTION CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tannaz Hemmati Nejad Farahani has filed a notice of dismissal to voluntarily dismiss all claims asserted in this action without prejudice. (Notice, Doc. 4) Given that no Respondent has filed an answer, return, or motion for summary judgment in this action, the Notice dismisses Tannaz Hemmati Nejad Farahani's causes of action without prejudice without court order.

Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on October 21, 2026.

Fernando Rodriguez, Jr.
United States District Judge